IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:15-cr-00512-CRI-6 |
| | ) | |
| vs. | ) | |
| | ) | |
| ION CARAMAN | ) | |

**MOTION TO DISMISS INDICTMENT**

Comes now the United States of America by and through its undersigned counsel, and respectfully moves this Court for leave to dismiss the Indictment of the above-named defendant in the above-entitled case without prejudice; and in support of this motion, avers as follows:

On August 11, 2015, the above-named defendant was indicted [ECF 2] charging the defendant in the above-entitled case with aiding and abetting others known and unknown to the Grand Jury, did willfully and knowingly embezzle and convert to their use and the use of others, property of the United States Treasury worth more than $1000 by withdrawing the proceeds of fraudulent federal tax refunds from their bank accounts and wiring such proceeds abroad. An Order for a Bench Warrant [ECF 12] was entered on August 11, 2015. The defendant, however, has never been arrested, nor do agents have any leads as to his current whereabouts.

Given the nature of defendant's involvement in the case, the age of the case, and the unlikelihood that the defendant will be located in the near future; after discussion with the investigating agency, it appears that the interests of justice would best be served by a dismissal of these charges.

Accordingly, the government moves to dismiss the charges now pending against **ION CARAMAN** without prejudice.

[SIGNATURE LINE FOLLOWS]

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY


By: *Amy F. Bower*
    Amy F. Bower (Fed. ID # 11784)
    Assistant United States Attorney
    151 Meeting Street, Suite 200
    Charleston, South Carolina 29401
    Tel.: (843) 727-4381
    Fax: (843) 727-4443
    Email:  Amy.Bower@usdoj.gov

September 19, 2022